1   ~~Jimmy O. Ewenike, Bar # 133406~~
2   **~~Law Offices of Jimmy Ewenike~~**
    ~~434 South Euclid, Suite 104~~
    ~~Anaheim, California 92802~~
3   ~~Telephone: (714) 491-4840~~
    ~~Fax: (714) 257-9989~~
4   ~~email:jimmyewenike@sbcglobal.net~~

5   ~~Attorney for Plaintiff Ms. Sanh Thi Huffines~~

6
    ~~ANDRÉ BIROTTE JR.~~
7   ~~United States Attorney~~
    ~~LEON W. WEIDMAN~~
8   ~~Assistant United States Attorney~~
    ~~Chief, Civil Division~~
9   ~~JEFFREY CHEN, CSBN 260516~~
    ~~Special Assistant United States Attorney~~
10      ~~Social Security Administration~~
        ~~333 Market St., Suite 1500~~
11      ~~San Francisco, CA 94105~~
        ~~Telephone: (415) 977-8939~~
12      ~~Facsimile: (415) 744-0134~~
        ~~Email: Jeffrey.Chen@ssa.gov~~
13
    ~~Attorneys for Defendant Commissioner of Social Security~~
14

15              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
16

17   Ms. Sanh Thi Huffines,        )   CASE NO. **CV 10-00085 AN**
                                    )
18              Plaintiff,          )   ~~[PROPOSED]~~ ORDER AWARDING EQUAL
                                    )   ACCESS TO JUSTICE ACT ATTORNEY
19        v.                        )   FEES AND COSTS PURSUANT TO 28
                                    )   U.S.C. §§ 1920 and 2412(d)
20   MICHAEL J. ASTRUE,             )
     Commissioner of               )
21   Social Security,               )
                                    )
22              Defendant.          )
     _____ )
23

24

25        Based upon the parties' Stipulation for the Award and Payment

26   of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that

27   Plaintiff's counsel, as Plaintiff's assignee, shall be awarded

28   attorney fees, under the EAJA, in the amount of five thousand nine

hundred and fifty ($5,950.00) as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.


Dated:  November 17, 2011_____
                                         Honorable Arthur Nakazato
                                         UNITED STATES MAGISTRATE JUDGE